IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASEY MACPHERSON, an individual,

Plaintiff,

v.

SEATTLE FOOD PARTNERS, LLC d/b/a BREWTOP SOCIAL, a Georgia Limited Liability Company,

Defendant.

Case No. 2:26-cv-3475-JHC

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Before the Court is Plaintiff's Motion for Leave to File First Amended Complaint. Dkt. # 7. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. The Court has specifically considered the factors examined by the Ninth Circuit Court of Appeals in *Griggs v. Pace Am. Group, Inc.*, 170 F.3d 877, 880 (9th Cir. 1999), and finds that the factors weigh in favor of granting Plaintiff's motion. Plaintiff's motion is not made in bad faith. Plaintiff's motion is not for the purpose of undue delay. The motion is Plaintiff's first request to amend her operative complaint. There is no history of uncured deficiencies in any prior version of Plaintiff's complaint.

Most importantly, Defendant will not suffer any undue prejudice if Plaintiff is granted leave to file her proposed First Amended Complaint. It is Defendant's burden under governing case law to demonstrate prejudice warranting denial of Plaintiff's request for leave to amend. *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 187 (9th Cir. 1987). Defendant has not met its

burden here.

Accordingly, Plaintiff's motion is GRANTED.

Pursuant to LCR 15, Plaintiff is directed to file her First Amended Complaint substantially in the form submitted with her motion (with redlined changes accepted) within 14 days of this Order.

IT IS SO ORDERED.

DATED: October 15, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE