IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KASEY MACPHERSON, an individual,

Plaintiff,

v.

SEATTLE FOOD PARTNERS, LLC d/b/a BREWTOP SOCIAL, a Georgia Limited Liability Company,

Defendant.

Case No. 2:26-cv-3475-JHC

**ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND**

Before the Court is Plaintiff's Motion for Remand. Dkt. # 9. The Court has reviewed the materials filed in support of and in opposition to the motion. The Court does not need a reply from Plaintiff. The Court has carefully considered the following factors under 28 U.S.C. § 1447(e) in determining whether to grant Plaintiff's motion: (1) whether the party sought to be joined is needed for just adjudication and would be joined under Federal Rule of Civil Procedure 19(a); (2) whether the statute of limitations would prevent the filing of a new action against the new defendant in state court; (3) whether there has been an unexplained delay in seeking to join the new defendant; (4) whether plaintiff seeks to join the new party solely to defeat federal jurisdiction; and (5) the strength of the claims against the new defendant. *See Farage v. United Site Servs. Inc.*, 2018 WL 3954413, at *2 (W.D. Wash. Aug. 17, 2018).

The Court finds that each of these factors support joinder of Evan Ault as an individual defendant in this case for the reasons detailed in Plaintiff's motion. Given this, remand is

required under 28 U.S.C. § 1447(e) based on Mr. Ault's joinder resulting in the elimination of the sole basis for the assertion of federal jurisdiction in this case, diversity of citizenship.

Accordingly, Plaintiff's motion is GRANTED. Mr. Ault will be added as a defendant in this case pursuant to the Court's Order granting Plaintiff's Motion for Leave to File First Amended Complaint. As such, the Court has no further basis to assert jurisdiction over this case. The case is thus REMANDED to the King County Superior Court.

IT IS SO ORDERED.

DATED: October 15, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE